Search for Cases by: Select Search Method... 

Judicial Links | eFiling | Help | Contact Us | Print      Logon

**2022-CC09356 - MARCUS HUNT V STEVEN OGUNJOBI ET AL (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending ○ Ascending    Display Options: All Entries

| Date | Entry |
|---|---|
| 08/13/2020 | **Corporation Served**<br>Document ID - 20-SMCC-5618; Served To - OGUNJOBI, STEVEN; Server - B JONES, SERVICE DEPUTY; Served Date - 12-AUG-20; Served Time - 10:15:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - ROJENA HELMS/LEGAL SEC<br><br>**Corporation Served**<br>Document ID - 20-SMCC-5619; Served To - STEIN, JACOB; Server - B JONES, SERVICE DEPUTY; Served Date - 12-AUG-20; Served Time - 10:15:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - ROJENA HELMS/LEGAL SEC |
| 08/07/2020 | **Entry of Appearance Filed**<br>Entry of Appearance; Electronic Filing Certificate of Service.<br>    **Filed By:** BRYANT KYLE BASS |
| 08/04/2020 | **Jury Trial Scheduled**<br>    **Scheduled For:** 01/25/2021; 9:00 AM ; REX M BURLISON; City of St. Louis |
| 07/31/2020 | **Summons Issued-Circuit**<br>Document ID: 20-SMCC-5619, for STEIN, JACOB.<br><br>**Summons Issued-Circuit**<br>Document ID: 20-SMCC-5618, for OGUNJOBI, STEVEN. |
| 07/17/2020 | **Filing Info Sheet eFiling**<br>    **Filed By:** JASE COLEMAN CARTER<br><br>**Note to Clerk eFiling**<br>    **Filed By:** JASE COLEMAN CARTER<br><br>**Pet Filed in Circuit Ct**<br>Petition; Request for Summonses.<br>    **Filed By:** JASE COLEMAN CARTER<br>    **On Behalf Of:** MARCUS HUNT<br><br>**Judge Assigned** |

Case.net Version 5.14.0.18      Return to Top of Page      Released 09/01/2020

Exhibit B