UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:20-cv-01233 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN OGUNJOBI, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL IN STATE COURT

COME NOW Defendants Stephen Ogunjobi and Jacob Stein (collectively referred to herein as "Defendants"), pursuant to Local Rule 2.03, and provide proof of filing Defendants' Notice of Removal with the Clerk of the 22nd Judicial Circuit Court of Missouri and proof of service on counsel for Plaintiffs (See Ex. A, Notice to State Court of Filing Notice of Removal, Ex. B, Notice of Removal, and Ex. C, Electronic Filing Certificate of Service).

    Respectfully submitted,

    JULIAN BUSH
    CITY COUNSELOR

    /s/ Erin K. McGowan
    Erin K. McGowan, #64020 MO
    Associate City Counselor
    City Hall, Room 314,
    St. Louis, MO  63103
    314.622.3361
    FAX: 314.622.4956
    McGowanE@stlouis-mo.gov
    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on **September 11, 2020** the foregoing Notice was filed with the Court for service by means of Notice of Electronic Filing and sent via email and U.S. mail to:

Jase Carter
3407 S. Jefferson Ave., #109
St. Louis, MO 63118
jase@carterfirm.law
Attorney for Plaintiff

   /s/ Erin K. McGowan