**IN THE CIRCUIT COURT OF ST. LOUIS CITY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| MARCUS HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2022-CC09356 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN OGUNJOBI, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO STATE COURT OF REMOVAL**

COME NOW Defendants Stephen Ogunjobi and Jacob Stein (collectively referred to herein as "Defendants"), and hereby notify this Court of the removal of the above-styled case from the Circuit Court of the City of St. Louis, State of Missouri, to the United States District Court for the Eastern District of Missouri. A copy of the Notice of Removal filed in the United States District Court on September 11, 2020 is attached hereto as "Exhibit A."

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

/s/ Erin K. McGowan
Erin K. McGowan, #64020 MO
Associate City Counselor
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
McGowanE@stlouis-mo.gov
Attorneys for Defendants

Exhibit A

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2020 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all attorneys of record.

      /s/ Erin K. McGowan