9/11/2020 City of Saint Louis Mail - Receipt of Filing - 2022-CC09356 - MARCUS HUNT V STEVEN OGUNJOBI ET AL, St Louis City - Circuit Court

Case: 4:20-cv-01338-RWS Doc. #: 2-3 Filed: 09/17/20 Page: 1 of 2 PageID #: 31



McGowan, Erin <mcgowane@stlouis-mo.gov>

# Receipt of Filing - 2022-CC09356 - MARCUS HUNT V STEVEN OGUNJOBI ET AL, St Louis City - Circuit Court

1 message

**Missouri Courts eFiling System** <mocourts.efiling@courts.mo.gov>   Fri, Sep 11, 2020 at 11:16 AM
To: Missouri Courts eFiling Subscriber <mocourts.efiling@courts.mo.gov>
Cc: mcgowane@stlouis-mo.gov, "22nd Judicial Circuit (City of St Louis)" <stl.efiling@courts.mo.gov>

The filing **EF21027290** on **9/11/20** at **11:14 AM** was **RECEIVED** by **St Louis City - Circuit Court** on **9/11/20** at **11:14 AM**.
You will receive notice from the court when the filing is either accepted, on hold or returned with the reason for the hold or return.

Below is important information regarding this filing:

| | |
|---|---|
| eFiling Confirmation Number | EF21027290 |
| Filer Reference Number | None entered by filer |
| Payment Confirmation Number | No filing fee or payment information on this filing. **This filing is by a government filer exempt from filing fees.** |
| Case Number | 2022-CC09356 |
| Case Description | MARCUS HUNT V STEVEN OGUNJOBI ET AL |
| Case Type | Other Miscellaneous Actions |

Notes to Clerk:   None Entered by Filer

Document(s):

| | |
|---|---|
| Document Category and Type | Notice of/to - Notice (other) |
| Document Title | Notice of Removal |
| Attachment(s) | Ex A Notice of Removal to Federal Court<br><br>Electronic Filing Certificate of Service |
| File On Behalf Of | JACOB STEIN ; STEVEN OGUNJOBI |

To view or save a document, click one of the hyperlinks above. The document title hyperlink will open the document directly until the court accepts the document. At that time, you will have to use the case number link to view the document. The case number hyperlink will go to the docket tab in Case.net.

Service Information:

| Party | JASE COLEMAN CARTER, Attorney for Plaintiff |
|---|---|
| Service E-mail Address | jase@carterfirm.law |

| Party | BRYANT KYLE BASS, Attorney for Respondent |
|---|---|
| Service E-mail Address | kyle@carterfirm.law |

Exhibit C

9/11/2020 City of Saint Louis Mail - Receipt of Filing 2022-CC09356 - MARCUS JOHNSON V STEVEN GUNN OBLET al - St Louis City - Circuit Court

Case: 4:20-cv-01238-RWS Doc. #: 2-3 Filed: 09/11/20 Page: 2 of 2 PageID #: 32

Click to access the **Missouri eFiling System**.

This e-mail is auto generated. Please do not respond. **If you have a concern with your filing, please contact the court.** If you need technical
assistance, please contact the Office of State Courts Administrator Help Desk at osca.help.desk@courts.mo.gov or toll-free by phone
at 1(888)541-4894. The Help Desk is available 7:30 a.m. to 5:00 p.m. Monday through Friday, excluding state holidays.