UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:20-cv-01233 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN OGUNJOBI, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COME NOW Associate City Counselor Erin McGowan and hereby enters her appearance as counsel of record for Defendants Stephen Ogunjobi and Jacob Stein.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

/s/ Erin McGowan
Erin K. McGowan, #64020 MO
Associate City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO  63103
314.622.4167
FAX: 314.622.4956
McGowanE@stlouis-mo.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 11, 2020** the foregoing Entry was filed with the Court for service by means of Notice of Electronic Filing and sent via email and U.S. mail to:

Jase Carter
3407 S. Jefferson Ave., #109
St. Louis, MO 63118
jase@carterfirm.law
Attorney for Plaintiff

    /s/ Erin K. McGowan