UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARCUS HUNT, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:20-CV-01233-DDN |
| STEVEN OGUNJOBI, et al., | ) |
| Defendant(s). | ) |

### **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge David D. Noce to District Judge Rodney W. Sippel.

October 1, 2020
Date

*Gregory J. Linhares*          /
Clerk of Court

By: /s/ Jacqueline Parker          /
JACQUELINE PARKER
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:20-CV-01233-RWS**