UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Plaintiff(s), )
)
MARCUS HUNT )
v. )   Case No. 20-CV-01233-RWS
)
STEVEN OGUNJOBI )
Defendant(s). )
)

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. If the parties require more time to complete mediation, lead counsel must file a motion with the Court.*

### Option 2

☒ An ADR conference was held on: 5/28/21.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on 5/28/21. The parties [☒ did  ☐ did not] achieve a settlement.
*Check One*

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date 6/1/21   Neutral /s/ Stephen Williams